AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Arvin Joseph Mirasol <br><br> *Defendant(s)* | ) ) ) ) ) ) )  Case No.  24-mj-6091-VALLE |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 2023 to March 3, 2024
in international waters, within the special maritime jurisdiction of the United States of America, the defendant, currently located in Broward County, in the Southern District of Florida, violated

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 2251(a) | Production of child pornography |
| Title 18 U.S.C. Section 2252(a)(4)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
**See attached affidavit**


☑ Continued on the attached sheet.

*Complainant's signature*

Michelle Maglione, Special Agent, HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Facetime

Date:   03/04/2024

*Judge's signature*

City and state:   Ft. Lauderdale, FL     Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michelle Maglione, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This affidavit is being submitted in support of a criminal complaint which charges **Arvin Joseph Mirasol** with a violation of Title 18, United States Code, Sections 2252(a)(4)(B) (possession of child pornography) and 2251(a) (production of child pornography).

2. I am employed as a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). In my current position as an HSI Special Agent, I am assigned to the Internet Crimes Against Children ("ICAC") Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to the enticement and attempted enticement of a minor to engage in sexual criminal activity, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A.

3. As an HSI Special Agent, I have received training in how to conduct child exploitation investigations, and I have both conducted and assisted in such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material.

4. I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

5.     On or about February 26, 2024, Homeland Security Investigations (HSI), Customs and Border Protection (CBP) and the Broward Sheriff's Office (BSO) were alerted by Royal Caribbean Cruise lines of a crew member aboard the Symphony of the Seas who had placed a camera into guests' bathrooms to record them while the ship was sailing in international waters. The crewmember was identified as Arvin Joseph Mirasol, a citizen of the Republic of the Philippines.

6.     On March 03, 2024, the Symphony of the Seas arrived into Port Everglades, Berth 18 from Haiti. Homeland Security Agents (HSI) and Customs and Border Patrol Officers (CBP) boarded the vessel to speak with the ship security. Ship Security directed law enforcement to Mirasol who provided his electronics to CBP and HSI. Law enforcement took custody of Mirasol's electronic devices to include; one Android cellular device (IMEI 015734006047846), one Sandisk Micro SD Card, one Transcend 8 GB, one camera, one Sandisk USB Stick and one Apple watch (SN number G99T34E2KDH2) and conducted a preliminary review of the devices pursuant to a boarder search.

7.     During the examination of his USB Stick device, law enforcement discovered numerous videos of naked females undressing in the bathroom as well as videos of child pornography. Below are two examples:

- SanDiskUSBDrive.E01 - Partition 1(Microsoft FAT32, 114.61 GB)

NO NAME\Arvin Documents\MOV00000 (1).AVI:

The file is a video that is 5 minutes in length and depicts the defendant entering an unknown stateroom and placing the camera in the restroom. The camera is aimed towards the shower and clearly depicts the defendant installing the camera. Shortly thereafter, a white female child enters the restroom wearing a white t-shirt and blue shorts. The child has a yellow/orange wristband on her left hand indicating she is a child. The child removes her shorts and underwear, clearly displaying her vagina

(which is the focus of the video). The child enters the shower, exposing her buttocks to camera view. The child appears to be 10 years of age.

- SanDiskUSBDrive.E01 - Partition 1 (Microsoft FAT32, 114.61 GB) NO NAME\Arvin Documents\MOV00001 (1).AVI

    The file is a video that is 5 minutes in length and appears to be a continuation of the above listed file. The 10 year old female child is depicted showering before she eventually gets out and uses a towel to dry herself. During this, her vagina is clearly visible and is the focus of the video. Another male child enters the restroom and is believed to be the female child's younger brother. He remains clothed for the duration. The female child eventually gets dressed before the video ends.

8. Law enforcement located Mirasol's cellular device search history to be terms such as; "hidden cameras", "teen on bed", "sweet cunts of teenagers" and "piss in public restrooms".

9. During a post Miranda interview, Mirasol admitted to taping a video camera in the guests' bathrooms that he worked as a stateroom attendant. A stateroom attendant is a crew member who services your cabin during a cruise. They are responsible for cleaning your room throughout the sailing, from restocking towels to making your bed. Mirasol explained that he would place his camera in the bathroom, and he would "pleasure himself and masturbate" after retrieving the camera and viewing the videos. Mirasol revealed that he has been placing these cameras, in the bathroom since he started working on Symphony of the Seas around December 2023. Mirasol stated, "I want to control it, but I can't". Law enforcement questioned Marisol on how he decides what room he puts the camera in. Marisol stated, "If I like who is in that room, I place it". He further stated he would choice females approximately (16) sixteen and over in age. Marisol acknowledges

knowing that videoing underage girls was illegal. Marisol also stated that while the guests were taking a shower, he would enter the rooms and hide under the bed while recording them naked with his cellular device.

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of Arvin Joseph Mirasol for committing a violation of Title 18, United States Code, Sections 2252(a)(4)(B) (possession of child pornography) and 2251(a) (production of child pornography).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Michelle Maglione
SPECIAL AGENT Michelle Maglione
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Facetime on this 4th day of March, 2024.

Alicia O. Valle
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: __24-mj-6091-VALLE__

### BOND RECOMMENDATION

DEFENDANT: __Arvin Joseph Mirasol__

__Pre-Trial Detention recommended__
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: __M. Catherine Koontz__
AUSA:  M. CATHERINE KOONTZ

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): __Michelle Maglione SA HSI__
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)